UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Leann L. Baldock

    v.                                                      Case No. 21-cv-972-SM

US Social Security Administration,
Commissioner

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 25, 2022, for the reasons set forth therein. The clerk shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: August 19, 2022

cc:   Leann L. Baldock, pro se
      Hugh Dun Rappaport, Esq.